# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD GANS, | ) | CASE NO. 8:06-CV-00344 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| COUNTRY CLUB OF LINCOLN, | ) | |
| Defendant. | ) | |

NOW ON THIS 4th day of May, 2006, this matter came before the Court upon the Plaintiff's Unopposed Motion to Correct Caption in the above captioned matter (Filing No. 9). The Court finds that good cause exists to grant said motion.

IT IS ORDERED that the motion [9] is granted. The Clerk shall amend the case caption and the court file to reflect the correct spelling of the Plaintiff's last name, that is, from Ganz to Gans.

DATED May 4, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge