# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD GANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV344 |
| vs. ) | |
| ) | ORDER |
| COUNTRY CLUB OF LINCOLN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on plaintiff's Motion for Trial in Lincoln [7]. The case was removed to federal court from the District Court for Lancaster County, Nebraska. The matters alleged in the complaint all occurred in Lancaster County, and defense counsel advised the court that there is no objection to a trial setting in Lincoln.

**IT IS ORDERED:**

1. The Motion for Trial in Lincoln [7] is granted.

2. The Clerk of Court shall amend the records of the court to reflect that this case will be tried to a jury in Lincoln, Nebraska.

3. The Clerk of Court shall direct this case to Chief Judge Joseph F. Bataillon for reassignment to a judge and magistrate judge who regularly sit in Lincoln, Nebraska.

**DATED June 5, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**