IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD H. GANS,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> COUNTRY CLUB OF LINCOLN,  ) <br> ) <br> Defendant.  ) <br> ) | 8:06CV344 <br><br> REASSIGNMENT ORDER |

IT IS ORDERED that, pursuant to Filing No. 12, this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 5th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge