```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

RICHARD H. GANS,              )
                              )
          Plaintiff,          )        8:06CV344
                              )
     v.                       )
                              )
COUNTRY CLUB OF LINCOLN,      )        ORDER
                              )
          Defendant.          )
                              )
```

IT IS ORDERED:

Plaintiff's unopposed oral motion to continue the Rule 26 telephone planning conference is granted. The telephone conference is continued to August 31, 2006 at 9:30 a.m. **Plaintiff's counsel shall initiate the call**.

DATED this 10th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge