```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

RICHARD H. GANS,                  )
                                  )
            Plaintiff,             )        8:06CV344
                                  )
      v.                          )
                                  )
COUNTRY CLUB OF LINCOLN,          )        ORDER
                                  )
            Defendant.             )
                                  )
```

On the court's own motion,

IT IS ORDERED:

The time of the Rule 26 telephone planning conference on August 31, 2006 is rescheduled from 9:30 a.m. to **11:30 a.m.** Plaintiff's counsel shall place the call.

DATED this 16th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge