IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD H. GANS,                  )
                                  )
            Plaintiff,            )            8:06CV344
                                  )
      v.                          )
                                  )
COUNTRY CLUB OF LINCOLN,          )      MEMORANDUM AND ORDER
                                  )
            Defendant.            )
_____   )


IT IS ORDERED:

The defendant's motion to extend the case progression deadlines, filing 28, is granted.  The court's prior Order Setting Schedule for Progression of a Civil Case, filing 22, is amended as follows:

a.     The deposition deadline is continued to February 12, 2007, and all deadlines based on the deposition deadline are extended accordingly.

b.     The pretrial conference shall be held before Magistrate Judge David L. Piester on March 8, 2007 at 10:00 a.m.

c.     Jury trial is set to commence before the undersigned, at the court's call, during the week of March 19, 2007, in Lincoln, Nebraska. Jury selection shall be at the commencement of trial.

d.     All other provisions of the filing 22 progression order remain in effect.

DATED this 14th day of November, 2006.

BY THE COURT:
s/Richard G. Kopf
United States District Judge