IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD GANS, | ) | CASE NO. 8:06-CV-00344 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| COUNTRY CLUB OF LINCOLN, | ) ) | |
| Defendant. | ) ) | |

Now on this 11th day of January, 2007, this matter came before the Court upon the Plaintiff's Motion to Extend the Motion to Compel Deadline (Filing No. 54.)

The Court finds good cause to grant said Motion.

IT IS HEREBY ORDERED that the deadline to file a motion to compel discovery is extended to January 26, 2007.

DATED: January 11, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge