```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RICHARD H. GANS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV344 |
| | ) | |
| v. | ) | |
| | ) | |
| THE COUNTRY CLUB OF LINCOLN, | ) | ORDER |
| Nebraska, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to change the time of the pretrial conference on March 8, 2007 is granted. The time of the pretrial conference is changed from 10:00 a.m. to **2:00 p.m.**

DATED this 2nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge