IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD H. GANS, | ) | CIVIL NO. 8:06CV344 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| THE COUNTRY CLUB OF LINCOLN, NEBRASKA, | ) | **MOTION TO SEAL** |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on Defendant's Motion to Seal copies of Forms I-9 and supporting identification for all grounds employees it employee during its 2006 season. Based on the reasons provided in the Motion, the Court determines that the Motion should be and hereby is GRANTED. The Clerk shall file the documents at issue under ~~Seal~~ Restricted Access – For Counsel & the Court Only

IT IS SO ORDERED.

BY THE COURT:

/s/ David L. Piester

PLD2032